Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Heidi Ojeda
Assistant Federal Public Defenders
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorneys for Gabriel Adam Alexander Luthor,

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-299-DJA |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| GABRIEL ADAM ALEXANDER LUTHOR, | **(EXPEDITED TREATMENT REQUESTED)**[1] |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender,

---

[1] Expedited treatment is requested because Ms. Hughes is in the process of moving into the residence.

counsel for Gabriel Adam Alexander Luthor, that it is stipulated to modify conditions of pretrial release as follows:

Mr. Luthor request this Court modify his conditions of release to allow him to have communication with Ms. Hughes, who is in the process of moving into his residence. This Court can modify the conditions of pretrial release at any time.[2]

Mr. Luthor appeared before this Court on April 8, 2025, on a Rule 5 indictment from Minnesota. ECF No. 2. At that time, the Court released Mr. Luthor on a Personal Recognizance Bond. ECF No. 10. Condition 7(g) of the PR bond prohibits contact with any victims of witnesses in this case except for three named/listed individuals that defendant can have contact with, but not discuss the case. ECF No. 10.

The parties are now requesting condition 7(g) be modified to include Ms. Hughes as an addition person that the defendant can have contact with but not discuss the case. Ms. Hughes is a family friend and is in the process of moving in with the defendant; her belongings are already in the residence.

The AUSA in Minnesota has no objection to this modification.

Pretrial Services has no objection to this requested modification.

DATED this 11th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ *Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ *Melinda Brewer*<br>MELINDA BREWER<br>Assistant United States Attorney |

---

[2] 18 US.C. 3142.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL ADAM ALEXANDER LUTHOR,

    Defendant.

Case No. 2:25-mj-299-DJA

**ORDER**

IT IS SO ORDERED that condition 7(g) of the PR Bond in this case be modified to allow Mr. Luthor to have contact with Ms. Hughes, but Mr. Luthor is not allowed to discuss the pending case with Ms. Hughes.

DATED this 11th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE